IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:98CV122MU

EDWARD L. FRIEDLAND, )
)
   Plaintiff, )
)
v. )
) STIPULATION OF DISMISSAL
CITY OF CHARLOTTE, )
)
   Defendant. )
)
)

      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff dismisses with prejudice: (1) The First Claim for Relief entitled "42 U.S.C. § 1983 Fourth Amendment Violation"; and, (2) The claim for actual damages contained in the Second Claim for Relief entitled "42 U.S.C. § 1983 Due Process Violation." It is expressly understood and stipulated by the parties that this dismissal with prejudice does not affect the plaintiff's claims for declaratory relief or injunctive relief as to his Second Claim for Relief.

      The parties further stipulate and agree that as to all claims set forth in the plaintiff's Complaint, each party will bear its own costs. Further, as to the First Claim for Relief, each party agrees to waive any claim for attorneys' fees. The parties stipulate and agree that each preserves its right to seek attorneys' fees in connection with the disposition of the Second Claim for Relief.

C#309136

This the 14th day of June, 2001.

_____
David S. Rudolf
Thomas K. Maher
Attorneys for Plaintiff Edward L. Friedland

_____
Jim D. Cooley
James P. Cooney, III
G. Michael Barnhill
DeWitt F. McCarley
Attorneys for Defendant City of Charlotte

C#309136