EDWARD L. FRIEDLAND,

        Plaintiff,

Vs.

CITY OF CHARLOTTE, a North
Carolina Municipal Corporation,

        Defendant.

**ORDER**

    **THIS MATTER** is before the court on the Joint Motion for Entry of Scheduling Order, which is contained within a letter from counsel dated July 9, 2001. Having considered the joint motion and reviewed the pleadings, and it appearing that respective counsel have worked diligently to both narrow the issues and create a schedule for the timely resolution of this matter, the court enters the following Order.

## ORDER

    **IT IS, THEREFORE, ORDERED** that the joint Motion for Entry of Scheduling Order is **GRANTED,** and the following Scheduling Order is **ENTERED:**

(1)    July 16, 2001: defendant files its Motion for Judgment on the pleadings and supporting memorandum of law;

(2)    July 30, 2001: plaintiff files his responsive memorandum of law;

(3)    August 6, 2001: defendant files its memorandum of law in reply;

(4)    August 10, 2001: oral arguments will be held in Asheville at 10 a.m. in Courtroom Number 2. Each side will have up to one hour to argue.

    Respective counsel should contact the Clerk of this court well in advance if they desire transcription by a court reporter.

    Each brief should, if possible, be accompanied by a disk in WordPerfect or Word format, any version.

A Memorandum and Recommendation shall be issued by the undersigned on or before September 1, 2001

The Clerk of this court is respectfully instructed to send a courtesy copy of this Order to Honorable Graham C. Mullen, Chief United States District Judge.

This Order is entered in response to the joint Motion for Entry of Scheduling Order (#___).

This ___12th___ day of ___July___, 2001

MAX O. COGBURN, JR.
UNITED STATES MAGISTRATE JUDGE

2

United States District Court
for the
Western District of North Carolina
July 16, 2001


* * MAILING CERTIFICATE OF CLERK * *


Re:  3:98-cv-00122


**True and correct copies of the attached were mailed by the clerk to the following:**

David S. Rudolf, Esq.
Rudolf & Maher, P.A.
312 W. Franklin St.
Chapel Hill, NC  27516

Thomas K. Maher, Esq.
Rudolf & Maher, P.A.
312 W. Franklin St.
Chapel Hill, NC  27516

Jim D. Cooley, Esq.
Womble, Carlyle, Sandridge & Rice
301 S. College St.
3300 One First Union Center
Charlotte, NC  28202-6025

G. Michael Barnhill, Esq.
Womble, Carlyle, Sandridge & Rice
301 S. College St.
3300 One First Union Center
Charlotte, NC  28202-6025

James P. Cooney, Esq.
Kennedy, Covington, Lobdell & Hickman
Bank of America Corporate Center
100 No. Tryon St., Suite 4200
Charlotte, NC  28202-4006

cc:
Judge
Magistrate Judge          ( )
U.S. Marshal              ( )
Probation                 ( )
U.S. Attorney             ( )
Atty. for Deft.           ( )
Defendant                 ( )
Warden                    ( )
Bureau of Prisons         ( )
Court Reporter            ( )
Courtroom Deputy          ( )
Orig-Security             ( )
Bankruptcy Clerk's Ofc.   ( )
Other _____    ( )

Date: _2/16/01_

Frank G. Johns, Clerk

By: _____
        Deputy Clerk