EDWARD L. FRIEDLAND,

Plaintiff,

v.

CITY OF CHARLOTTE,

Defendant.

**DEFENDANT CITY OF CHARLOTTE'S SUPPLEMENT TO ANSWER**

Defendant City of Charlotte ("defendant" or the "City"), through counsel, supplements its Answer to the Complaint of plaintiff, which Answer was previously filed and served on or about May 26, 1998, as follows:

1. At page 22, the Second Further Defense should be supplemented with the addition of the following paragraph:

> As a consequence of this and other undisputed evidence, the Superior Court of the Twenty-First Judicial District, General Court of Justice of the State of North Carolina, the Honorable B. Craig Ellis sitting by designation pursuant to Rule 2.1 of the General Rules of Practice and Procedure in the case of <u>Edward L. Friedland v. Deputy Chief Larry R. Snider, Sgt. Rick Sanders, Walter W. Bowling, Robert G. Buening, and the City of Charlotte</u>, File No. 97-CVS-7174 (the "state case"), determined as a matter of law that probable cause

existed for the indictment, arrest and prosecution of Edward Friedland for the murder of Kim Thomas. See, Order dated April 30, 2001 granting defendants' motions for summary judgment and dismissing all of plaintiff's claims. That Order is now a final judgment of the state court, as shown by the Stipulation of Dismissal of Appeal dated June 12, 2001. A true and correct copy of the Order and Stipulation are attached as document Nos. 16 and 17, respectively, to the Notice of Final Judgment in Related Matter (the "Notice") filed July 16, 2001 and they are incorporated herein by reference as if fully set forth. The judicial determination of probable case in the state case precludes and collaterally estops plaintiff from establishing an essential element of his claims asserted in this case, to wit: that the defendant lacked probable cause to indict, arrest and prosecute him for the murder of Kim Thomas, his wife. Thus, defendant pleads the defense of issue preclusion or collateral estoppel as a complete bar to all of plaintiff's claims in this action. In further support of the identity of claims and parties establishing this defense, the amended complaint, amended answer and defendants' motions for summary judgment and supporting briefs filed in the state court proceeding are also attached to the Notice and are incorporated herein by reference as if fully set forth.

2. At page 23, the Answer should be supplemented by adding a SIXTH FURTHER DEFENSE as follows:

## SIXTH FURTHER DEFENSE

Plaintiff's claims are duplicative of and arise out of the same core of operative facts as the claims for malicious prosecution and violation of the North Carolina Constitution asserted by plaintiff in a prior action, <u>Edward L. Friedland v. Deputy Chief Larry R. Snider, Sgt. Rick Sanders, Walter W. Bowling, Robert G. Buening, and the City of Charlotte</u>, File No. 97-CVS-7174, in the courts of the State of North Carolina, to wit: the indictment, arrest and prosecution of Edward Friedland for the murder of his wife. The prior action has now been resolved by a final judgment dismissing all of plaintiff's claims against all defendants, including the City. The City is, therefore, entitled to judgment as a matter of law on all claims in this action based upon the principle of <u>res judicata</u> or claim preclusion. In further support of this defense, defendant relies upon the various pleadings and other filings attached to the Notice, which filings are incorporated herein as if fully set forth.

Defendant renews its prayer for relief as fully set forth at pp. 23-24 of its May 26, 1998 Answer, including attorneys' fees pursuant to 42 U.S.C. § 1988 on account of having to defend against plaintiff's improper efforts to split his claims, all of which could and should have been brought in a single action.

This the 9th day of August, 2001.

                                                        Jim D. Copley
                                                       G. Michael Barnhill
                                                       James P. Cooney, III
                                                       Attorneys for Defendant City of Charlotte

**OF COUNSEL:**

**WOMBLE CARLYLE SANDRIDGE & RICE**
*A Professional Limited Liability Company*
3300 One First Union Center
301 South College Street
Charlotte, North Carolina 28202-6025
Telephone: (704) 331-4900

DeWitt McCarley, Esq.
CITY OF CHARLOTTE
CITY ATTORNEY'S OFFICE
600 East 4th Street
Charlotte, North Carolina 28201-2841
Telephone: (704) 336-4112