IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:98CV122-MU

| | |
|---|---|
| EDWARD L. FRIEDLAND, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CITY OF CHARLOTTE, a North Carolina Municipal Corporation, | ) |
| Defendant. | ) |

THIS MATTER is before the Court upon the Memorandum and Recommendation of Magistrate Judge Max O. Cogburn, Jr., filed October 3rd, 2001. Objections were timely filed, and the Court reviews the Magistrate's findings of fact and conclusions of law de novo.

The Magistrate recommended that Plaintiff's Motion or Amend or Supplement Complaint be GRANTED and that the Defendant's Motion for Judgment on the Pleadings be GRANTED. After careful and complete de novo review, the Court will adopt the findings of fact and conclusions of law in the Memorandum and Recommendation.

IT IS THEREFORE ORDERED that the Memorandum and Recommendation filed October 3rd, 2001 is hereby AFFIRMED.

This ____ day of June, 2002.

GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE

United States District Court
for the
Western District of North Carolina
June 6, 2002

mgy

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:98-cv-00122

True and correct copies of the attached were mailed by the clerk to the following:

David S. Rudolf, Esq.
Rudolf & Maher, P.A.
312 W. Franklin St.
Chapel Hill, NC  27516

Thomas K. Maher, Esq.
Rudolf & Maher, P.A.
312 W. Franklin St.
Chapel Hill, NC  27516

Jim D. Cooley, Esq.
Womble, Carlyle, Sandridge & Rice
301 S. College St.
3300 One First Union Center
Charlotte, NC  28202-6025

G. Michael Barnhill, Esq.
Womble, Carlyle, Sandridge & Rice
301 S. College St.
3300 One First Union Center
Charlotte, NC  28202-6025

James P. Cooney, Esq.
Kennedy, Covington, Lobdell & Hickman
Bank of America Corporate Center
100 No. Tryon St., Suite 4200
Charlotte, NC  28202-4006

CC:
Judge                           ( )
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Court Reporter                  ( )
Courtroom Deputy                ( )
Orig-Security                   ( )
Bankruptcy Clerk's Ofc.         ( )
Other_____            ( )

Date: 6/6/02

Frank G. Johns, Clerk
By: M. ____
Deputy Clerk