FILED
CHARLOTTE, N.C.

JUN 6 2002

U.S. DISTRICT COURT
W. DIST. OF N.C.

# United States District Court
## For The Western District of North Carolina
### Charlotte Division

EDWARD L. FRIEDLAND,

    Plaintiff(s),

vs.

CITY OF CHARLOTTE,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:98CV122-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 6, 2002 Order.

June 6, 2002

FRANK G. JOHNS, CLERK

BY: *Maxine T. Yelton*

Maxine Yelton, Deputy Clerk

United States District Court
Western District of North Carolina
June 6, 2002

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:98-cv-00122

True and correct copies of the attached were mailed by the clerk to the following:

David S. Rudolf, Esq.
Rudolf & Maher, P.A.
312 W. Franklin St.
Chapel Hill, NC 27516

Thomas K. Maher, Esq.
Rudolf & Maher, P.A.
312 W. Franklin St.
Chapel Hill, NC 27516

Jim D. Cooley, Esq.
Womble, Carlyle, Sandridge & Rice
301 S. College St.
3300 One First Union Center
Charlotte, NC 28202-6025

G. Michael Barnhill, Esq.
Womble, Carlyle, Sandridge & Rice
301 S. College St.
3300 One First Union Center
Charlotte, NC 28202-6025

James P. Cooney, Esq.
Kennedy, Covington, Lobdell & Hickman
Bank of America Corporate Center
100 No. Tryon St., Suite 4200
Charlotte, NC 28202-4006

cc:
Judge                         ( )
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Petr.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Court Reporter                ( )
Courtroom Deputy              ( )
Orig-Security                 ( )
Bankruptcy Clerk's Ofc.       ( )
Other_____            ( )

Date: 6/6/02

Frank G. Johns, Clerk
By: M. Yellm
Deputy Clerk